IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60472
Summary Calendar

_____

JIMMY MCFARLAND,

                                        Plaintiff-Appellant,

        versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Mississippi
USDC No. 1:96-CV-222-SB

_____

April 2, 1998
Before GARWOOD, JONES and STEWART, Circuit Judges.[*]

PER CURIAM:

    Jimmy McFarland appeals from the district court's decision
affirming the Commissioner of Social Security's determination that
McFarland is not disabled within the meaning of the Social Security
Act.  He argues that the Administrative Law Judge (ALJ) improperly

_____

    [*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

used the Medical-Vocational Guidelines, rather than relying on vocational expert testimony, in concluding that McFarland could perform medium work. Our review of the record and arguments reveals no error. The ALJ's finding that pain did not constitute a nonexertional impairment significantly affecting McFarland's residual functional capacity for the full range of medium work is supported by substantial evidence. Accordingly, the ALJ was entitled to rely exclusively on the Medical-Vocational Guidelines. *See Fraga v. Bowen*, 810 F.2d 1296, 1304 (5th Cir. 1987).

AFFIRMED